UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.: 07-238 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **SHERI F. ADAMS,** | : | |
| **Defendant.** | : | |

### ELEMENTS OF OFFENSE

In order to sustain its burden of proof for the crime of conspiracy charged in the Information, the government must prove the following three (3) essential elements beyond a reasonable doubt:

(1) The conspiracy, agreement, or understanding to commit bribery of a public official, as described in the Information, was formed, reached, or entered into by two or more persons;

(2) At some time during the existence or life of the conspiracy, agreement, or understanding, the defendant knew the purpose(s) of the agreement, and, with that knowledge, then deliberately joined the conspiracy, agreement, or understanding; and

(3) At some time during the existence or life of the conspiracy, agreement, or understanding, one of its alleged members knowingly performed one of the overt acts charged in the Information and did so in order to further or advance the purpose of the agreement.[1]

---

[1] O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, Section 31.03 (modified) (5th Ed. 2002).

To assist in determining whether there was a conspiracy, agreement or understanding to commit the offense of bribery of a public official, the government notes the following elements for bribery of a public official, in violation of 18 United States Code, Section 201 (b)(2)(C):

(1)  Defendant Sheri Adams and Dana Marshall, directly or indirectly, corruptly demanded, sought, or received something of value personally or for any other person as described in the information;

(2)  Dana Marshall was, at that time, a public official, that is, he was an officer or employee of the District of Columbia; and

(3)  Sheri Adams and Dana Marshall demanded, sought, or received the item of value corruptly in return for Dana Marshall being induced to do or omit to do any act in violation of his official duty.[2]

>
> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> UNITED STATES ATTORNEY
> FOR THE DISTRICT OF COLUMBIA
>
> By:      _____/s/_____
> THOMAS J. HIBARGER
> Assistant United States Attorney
> Bar Number 413224
> United States Attorney's Office
> 555 4th Street, N.W., Room 5237
> Washington, D.C.  20530
> (202) 514-7385

---

[2] O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, Section 27.06 (modified) (5th Ed. 2002).

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I served a copy of the foregoing by electronic mail on counsel for defendant, JoAnne Hepworth, Esq., this 19th day of October, 2007.

                                                       _____/s/_____
                                                       Thomas J. Hibarger
                                                       Assistant United States Attorney