UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No.: 07-238 (RBW) |
| v. | : |
| SHERI F. ADAMS, | : |
| Defendant. | : |

**STATEMENT OF POTENTIAL PENALTY**

The defendant faces the following penalties and consequences as a result of her plea of guilty to one count of Conspiracy to Commit Bribery in violation of Title 18, United States Code, Section 371 as charged in the Information.

1. A maximum sentence of five years of imprisonment. 18 U.S.C. § 371.

2. A fine of not more than $250,000. 18 U.S.C. § 3571(b)(3).

3. A $100 special assessment. 18 U.S.C. § 3013(a)(2)(A).

4. A three-year term of supervised release. 18 U.S.C. §§ 3559(a)(4); 3583(b)(2).

5. An obligation to pay any applicable interest or penalties on fines not timely paid. 18 U.S.C. § 3612(f).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA

By: _____/s/_____
THOMAS J. HIBARGER
Assistant United States Attorney
Bar Number 413224
United States Attorney's Office
555 4th Street, N.W., Room 5237
Washington, D.C. 20530
(202) 514-7385

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I served a copy of the foregoing by electronic mail on counsel for defendant, JoAnne Hepworth, Esq., this 19th day of October, 2007.

                                            _____/s/_____
                                              Thomas J. Hibarger
                                              Assistant United States Attorney