CO-526
(12/86)

**FILED**

OCT 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 07-238 (RBW)
)
Sheri F. Adams )
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

x *Sheri Adams*
           Defendant

*[signature]*
           Counsel for defendant

I consent:

*[signature]*
United States Attorney

Approved:

*[signature]*    10/26/07
           Judge