AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

FILED
OCT 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Sheri F. Adams

## WAIVER OF INDICTMENT

CASE NUMBER: CR-07-238 (RBW)

I, Sheri F. Adams , the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 26, 2007 prosecution by indictment and consent that the
        Date
proceeding may be by information rather than by indictment

x Sheri Adams
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer