HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-238</u> |
|---|---|---|
| vs. | : | SSN: <u>N/A</u> |
| ADAMS, Sheri | : | Disclosure Date: <u>January 28, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    2-7-08
Prosecuting Attorney            Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 2-1-08        _____ 2/11/2008
Defendant       Date          Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 11, 2008**, to U.S. Probation Officer **Kelli Griffin Cave**, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Defendant's Objections To The Presentence Report:**

**Page 4/Item 10 & 11.** Ms. Adams concurs with the objections to these items by the AUSA and states that she never received 50% of the payments but only the amount Mr. Marshall felt like giving her which was less.

**Page 8/Item 40.** Ms Adams denies the reported account of this incident and states that her only role in this incident was to respond to a call from her sister and attempted to break up the fight. In so doing she was stabbed. She denies that she ever had a knife or stabbed anyone. She states that the charges against her were dismissed at her first court appearance and that her sister and others went on to further court hearings.

**Page 11/Item 58.** Ms. Adams asserts that she did work for A& D Security for a period of two months. She was laid off and the company refused to give her her final pay check. This was reportedly a common practice by the company. Therefore, Ms. Adams did not return the uniform. I instructed her to contact the company to resolve the dispute but I do not know the outcome.


                        Respectfully Submitted,

                                        Joanne R. Hepworth

                                        Counsel for Defendant Adams